# EXHIBIT "A"

John Difalco
7701 Bay Parkway
Brooklyn, NY 11214

February 18, 2020

The Honorable William F. Kuntz II
United States District Judge, EDNY
c/o Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue – 3rd Floor
Staten Island, NJ 10314

Dear Judge Kuntz,

I am Vito Difalco's twin brother John. When we were growing up we shared a sofa-bed in our small apartment with our parents and sister in Brooklyn. We always played sports together. When I was diagnosed with dyslexia and had trouble reading and writing, he would always help me with my homework and other projects that were given to me at school. He was very patient and caring so as not to make me nervous and feel overwhelmed. He also helped me find employment at Hunt's Point Fruit Market, where I worked for most of my life. The family misses his lively candor at family gatherings. He liked his privacy and would not share any details of his personal life.

I left home when I married but stayed in Brooklyn, so we would see each other from time to time - especially at our parent's apartment for holidays or special occasions such as Christmas, Thanksgiving, Easter, etc.. We know him to be a loving father to his daughter Brittany. My wife and I visit him frequently while he is incarcerated.

He has always been a good brother to me, my wife and good uncle to my son. We have never known him to be an ill-tempered person. We hope that you will take this into consideration at his sentencing.


Thank you.

Sincerely,

*[signature: John Difalco]*

John Difalco

Brittany DiFalco
235 Gervil Street
Staten Island, NY 10309
February 23, 2020

The Honorable William F. Kuntz II
United States District Judge, EDNY
C/o Vincent J. Martinelli, Esq.
Executive Suites at the Park
900 South Avenue – 3rd Floor
Staten Island, NY 10314

Re: US v. Vito DiFalco
Docket No. 18-CR-337 (WFK)

Dear Judge Kuntz:

My name is Brittany Rose DiFalco, the daughter of Vito DiFalco. I am 26 years old, and I work in the helping field, as a Clinical Mental Health Counselor in a private practice, serving specifically, the population of trauma, addiction and personality disorder.

My father, had intentions of giving me all the opportunities he never had, which he did, in every aspect of life. The person I am today, my education, and career path, was influenced by my parents. My father taught me how to treat everyone as an equal human, regardless of mistakes, because mistakes are lessons; to be generous with time, emotions, support & lend a helping hand to those in need. My father was a respected man in the community, not because of fear, but because of genuine kindness. He is a calm, logical, intelligent man, with a high work ethic. We have never gone without, not me or my mother, or my sister and his grandchildren. This is not because of finances, but the amount of empathy and care my father holds. He has kept a tax paying, city job for years to give us a stable life. I've never met a person with a negative thing to say about my father, not the deli man behind the counter or even his ex-wife.

I am asking for a lenient sentence for my father, because he is a senior citizen, I would like to see him enjoy his life, as an upstanding citizen of society, rather than behind bars, and I would be heartbroken to not have my father see the upcoming mile stones in my life, that have been made possible by him.

Sincerely,

B. DiFalco

Brittany Rose DiFalco

Mary DiFalco

235 Gervil Street

Staten Island, NY 10309

February 24, 2020

The Honorable William F. Kuntz II

United States District Judge, EDNY

C/O Vincent J. Martinelli, Esq.

Executive Suites at the Park

900 South Avenue – 3rd Floor

Staten Island, N.Y. 10314

RE: US v. Vito DiFalco

Docket# 18-CR-337 (WFK)

Dear Judge Kuntz:

My name is Mary DiFalco, the ex-wife of Vito DiFalco. I am a New York State Licensed Real Estate Agent and Notary. I currently work as an accounting director for a Real Estate firm in Staten Island. I have been with this firm for the last 12 years.

I have known Vito for over thirty years. We share a daughter together. He has never neglected he's responsibility as a dad or step dad to he's non biological daughter and grandchildren.

He has always been a hard worker, rarely every missed a day of work.

He has always been warm, sensitive and very mild tempered. He is thoughtful, kind and cares about others deeply.   He is genuinely a good man.

With all due respect, I hope that you will consider a more lenient sentence.

Sincerely,

*Mary DiFalco*

Mary DiFalco

Desirae George
235 Gervil Street
Staten Island, NY 10309
February 23, 2020

The Honorable William F. Kuntz II
United States District Judge, EDNY
C/o Vincent J. Martinelli, Esq.
Executive Suites at the Park
900 South Avenue – 3rd Floor
Staten Island, NY 10314

Re: US v. Vito DiFalco
Docket No. 18-CR-337 (WFK)

Dear Judge Kuntz:

My name is Desirae George. I am Vito DiFalco's step daughter. I have known Vito since I am 10 years old. He has always been a loving and caring step-father.

He has not only been there for me, but for my husband and children as well. I've always known him to be a hard worker and strong provider for our family.

I am asking that you would consider leniency due to his age, so that he may enjoy his life watching his grandchildren grow up.

Respectfully,

Desirae George

Phyllis Wiley
164 9th St So
Brigantine NJ 08203

February 9, 2020

The Honorable William F. Kuntz II
United States District Judge, EDNY
c/o Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue – 3rd Floor
Staten Island, NJ 10314

Dear Judge Kuntz,

I am Vito's sister, and as such have known Vito all his life (he is 5 years younger than me). We were very close growing up. We lived with our parents and Vito's twin brother John in a four room apartment in Brooklyn until I was 23 when I married a man who was studying to be a United Methodist minister. At that time I moved out of Brooklyn as my husband went to seminary at Drew Theological School in Madison New Jersey and served churches in New Jersey throughout his career. We are now retired but still live in New Jersey.

My parents stayed in Brooklyn, however, and we visited (or they visited us) weekly, so we stayed in touch with Vito as well over the years. There came a time when my parents became unable to care for themselves and they moved in with us (in 1992) and lived with us in parsonages in Wayne and Wyckoff NJ until they died in the early 2000's. During that time Vito also lived with us for about six months as he worked as a coffee distributor before returning to Brooklyn. The bond he already had with our children deepened during that time, and they have all continued to stay in touch as we continued to see each other at holidays, birthdays, etc. They remain in touch with him via phone and text messages to this day, even while he is incarcerated. He has always been a loving brother to me and my husband and loving uncle to our children. My husband and I visit with him several times a month during his incarceration.

We have always known Vito as a hard worker who cared for his family. After leaving Wayne Vito continued to work in the coffee distribution business until he began his work with the Board of Education and later also opened a bar in Brooklyn. He never betrayed to us or our family any of the activities to which he has confessed, insulating us, I suppose, from that information.

At the same time, we have never known him to be a danger to himself or a threat to others. We hope that, as a first time offender at such an advanced age and with the family connections that he has, you will find him deserving of leniency in his sentencing.

Thank you for your consideration.

Sincerely,

Phyllis Wiley
The Rev. Dr. David E. Wiley III

Our children:
Erica Wiley Goodier and husband Matt, children Jakob and Samantha
Greg Wiley and wife Mary Beth, children Gregory, Gabrielle and Allysa
Jeff Wiley and wife Nikka, child Pippa

Frank Zapata Jr.
Custodian Engineer Midwood H.S.

Dear Honorable Judge Kuntz:

Mr. Vito "Victor" Difalco has worked for me at various school locations over a fifteen-year period and to my knowledge he is still a member in good standing of Local 32BJ S.E.I.U..

Victor does outstanding work and he also works very well unsupervised. Additionally, I know of him to take great care of his family at all times. I am writing this letter of recommendation because I know him to be a fine man and he is well liked by all in the entire community, especially at Local 32BJ. In fact, I would put him back to work immediately if I could. Thank you.

Yours truly,

*[signature: Frank Zapata]*

Frank Zapata Jr.
20-21 28th Street
Astoria, N.Y. 11105
(718) 726-7702

Rocco Storz
450 Ramona Avenue
Staten Island, NY 10309

February 12, 2020

The Honorable William F. Kuntz II
United States District Judge, EDNY
c/o Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue – 3rd Floor
Staten Island, NJ 10314

Dear Judge Kuntz,

I am writing this letter on behalf of my friend and former co-employee, Vito DiFalco.

I know Vito for approximately 15 years and I know him to be a loyal and loving husband and father and a good provider for his ex-wife and children. I also know Vito professionally at work as we were both NYC Department of Education school custodian engineers together. Vito was loyal, reliable, dependable, and he was admired by teachers and student alike. He is an all-around a good-hearted person.

Thank you for taking your time in reading this letter as I know you have a busy schedule. I am presently retired as a custodian engineer.

Thank you for your consideration.


Sincerely,

Rocco Storz

Mr. Peter Foti
162 Hooper Avenue
Staten Island, NY 10306
February 10, 2020

Judge Kuntz
United States District Judge, EDNY
C/o Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue – 3rd Floor
Staten Island, NY 10314

            Re   <u>US v. Vito Difalco</u>

            Docket No. 18-CR337 (WFK)

Dear Judge Kuntz:

My name is Peter Foti and I am a School Custodian Engineer for the Department of Education. I have worked for the Department for 28 years. I oversee the maintenance, heating, cleaning, and budgeting of school buildings. I started in the system as a cleaner in 1992 and worked my way up to engineer. I am writing this letter because Mr. Difalco worked under me as my handyman from June 2013 to November 2016 at Public School K058/K871.

During this time I had 2 sites and where Mr. Difalco worked at K871 located at 67-69 Schermerhorn Street where he was the school handyman. This site was a very sensitive site as it was a Life Center which housed pregnant teens with a nursery.

Mr. Difalco was of good character and a conscientious worker. The building was always open, clean, heated and cooled. Mr. Difalco always kept the building in a pristine manner, inside and out. If there were any emergencies at the building. Mr. Difalco would always respond in a timely manner without hesitation. I have never received any complaints from the staff or heard anything negative about Mr. Difalco, nor did I ever have to reprimand him. He always knew his duties and followed his daily work schedule.

Please accept this letter as a recommendation for Mr. Difalco. He was always a exceptional member of the custodial team. Thank you Judge Kuntz for taking the time to read this letter on Mr. Difalco's behalf.

Sincerely,

Mr. Peter Foti

Custodian Engineer